IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

DAVID A. WARREN AND PATRICIA
A. WARREN, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

v.

LOANDEPOT.COM.LLC,                   Civil Action No. 2:23-cv-00702

        Defendant.

**PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL
CERTIFICATION OF SETTLEMENT CLASS
AND ENTRY OF SCHEDULING ORDER**

    Plaintiffs David A. Warren and Patricia A. Warren, by counsel and on behalf of the proposed settlement class, respectfully submit the above-styled motion and request the following:

    Plaintiffs respectfully request that the Court grant this Motion and enter the submitted Proposed Order, (1) preliminarily approving the Parties' proposed Settlement Agreement attached as Exhibit A; (2) provisionally certifying the proposed Settlement Class for settlement purposes only; (3) appointing Plaintiffs as Class Representatives and Plaintiffs' counsel as Class Counsel; (4) approving the form, manner, and content of class notice and the procedures for Settlement Class members to opt out or object; (5) approving Epperly Re:Solutions as the Settlement Administrator; (6) establishing a schedule to complete the tasks necessary to effectuate the proposed Settlement; and (7) staying the action pending Final Approval of the Settlement (except

the stay of proceedings shall not prevent the filing of any motions, declarations, and other filings necessary to obtain and preserve final judicial approval of the Settlement Agreement).

Plaintiffs are authorized to state that Defendant loanDepot does not oppose this Motion. Grounds for this Motion are set forth in the accompanying Memorandum. Attached to this Motion are the following exhibits:

Exhibit A: Class Settlement and Release Agreement and Exhibits

Exhibit B: Declaration of Patricia M. Kipnis

Proposed Order Granting Motion for Preliminary Approval

Respectfully Submitted,

*/s/ Patricia Kipnis*
Patricia M. Kipnis (WVSB #12896)
**BAILEY & GLASSER LLP**
923 Haddonfield Road
Suite 300
Cherry Hill, NJ 08002
Telephone: (215) 274-9331
Email: PKipnis@baileyglasser.com

Jonathan R. Marshall (WVSB #10580)
James L. Kauffman (*admitted pro hac vice*)
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Email: jmarshall@baileyglasser.com
Email: jkauffman@baileyglasser.com

Jason E. Causey (WVSB #9482)
**BORDAS & BORDAS, PLLC**
1358 National Road
Wheeling, WV 26003
Telephone: (304) 242-8410
Email: jcausey@bordaslaw.com

*Counsel for Plaintiffs and Proposed Class Members*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

DAVID A. WARREN AND PATRICIA A. WARREN, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

LOANDEPOT.COM.LLC,

        Defendant.

Civil Action No. 2:23-cv-00702

## CERTIFICATE OF SERVICE

I, Patricia M. Kipnis, hereby certify that on this 12th day of September 2024, I electronically filed the foregoing "***PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS AND ENTRY OF SCHEDULING ORDER***" with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      */s/ Patricia M. Kipnis*
                                      Patricia M. Kipnis (WVSB #12896)